

# COURT OF APPEALS

| | | |
|---|---|---|
| SANDEE BRYAN MARION<br>  CHIEF JUSTICE<br>REBECA C. MARTINEZ<br>PATRICIA O. ALVAREZ<br>LUZ ELENA D. CHAPA<br>IRENE RIOS<br>BETH WATKINS<br>LIZA A. RODRIGUEZ<br>  JUSTICES | FOURTH COURT OF APPEALS DISTRICT<br>CADENA-REEVES JUSTICE CENTER<br>300 DOLOROSA, SUITE 3200<br>SAN ANTONIO, TEXAS 78205-3037<br>WWW.TXCOURTS.GOV/4THCOA.ASPX | KEITH E. HOTTLE,<br>CLERK OF THE<br>COURT<br><br>TELEPHONE<br>(210) 335-2635<br><br>FACSIMILE NO.<br>(210) 335-2762 |

May 6, 2019

Joe D. Gonzales
District Attorney, Bexar County
101 W. Nueva St. Suite 370
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Alice Gonzales
Bexar County District Clerk
Paul Elizondo Tower
101 W. Nueva, Suite 217
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Gary F. Churak
Law Offices of Gary F. Churak
14310 Northbrook Drive, Suite 210
San Antonio, TX 78232
* DELIVERED VIA E-MAIL *

RE:   Court of Appeals Number:   04-19-00254-CR, 04-19-00256-CR,
                                 04-19-00257-CR & 04-19-00260-CR
      Trial Court Case Number:   2016CR10071, 2018CR0407,
                                 2019CR2595 & 2019CR2598

      Style:  John Gabriel Castillo
              v.
              The State of Texas

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE,
Clerk of Court

Krystal Perez
Deputy Clerk III
Fourth Court of Appeals
210-335-3854

cc: Barbara Paulissen (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2019

Nos. 04-19-00254-CR, 04-19-00256-CR,
04-19-00257-CR & 04-19-00260-CR

John Gabriel **CASTILLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2016CR10071, 2018CR0407, 2019CR2595 & 2019CR2598
The Honorable Stephanie R. Boyd, Judge Presiding

# O R D E R

The trial court's certification in each of these appeal states "this criminal case is a plea-bargain case, and the defendant has NO right of appeal." Each clerk's record contains a written plea bargain, and the punishment assessed did not exceed the punishment recommended by the prosecutor and agreed to by the defendant; Rule 25.2(a)(2) applies. *See* TEX. R. APP. P. 25.2(a)(2).

This court must dismiss an appeal "if a certification that shows the defendant has a right of appeal has not been made part of the record under these rules." *Id.* R. 25.2(d); *see Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

We ORDER Appellant to cause an amended trial court certification to be filed in this court for each of these appeals within TWENTY days of the date of this order showing Appellant has the right of appeal. *See* TEX. R. APP. P. 25.2(d), 37.1; *see also Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005); *Daniels v. State*, 110 S.W.3d 174 (Tex. App.—San Antonio 2003, no pet.). Each appeal for which an amended trial court certification is not filed as ordered will be dismissed. *See* TEX. R. APP. P. 25.2(d).

All other appellate deadlines are SUSPENDED pending further order of this court.

FILE COPY

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of May, 2019.



KEITH E. HOTTLE,
Clerk of Court